John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066000
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*

Jarrett L. Ellzey (Admitted *Pro Hac Vice*)
**HUGHES ELLZEY, LLP**
2700 Post Oak Boulevard, Suite 1120
Houston, Texas 77056
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*

*Attorneys for Plaintiff and all others similarly situated*

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI BELL, an individual, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>DEPARTMENT STORES NATIONAL BANK, a South Dakota Entity; FDS BANK, an Ohio Corporation; MACY's INCORPORATED, an Ohio Corporation; and DOES 1 through 50, inclusive, and each of them,<br><br>  Defendants. | Case No.: 3:17-cv-00102-VC<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO HER INDIVIDUAL CLAIMS**<br><br>**[Fed. R. Civ. Proc., Rule 41(a)(1)(A)(i)]**<br><br>Assigned to Hon. Vince Chhabria<br><br>Complaint filed January 9, 2017 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Nikki Bell hereby dismisses this action with prejudice as to her claims, and without prejudice as to the claims of the putative class. This notice is being filed and served prior to the filing of a responsive pleading, motion for summary judgment, or motion to dismiss by Defendants DEPARMENT STORES NATIONAL BANK; FDS BANK; or MACY'S INCORPORATED. Although this case was filed as a class action, no class has been certified, and court approval of this dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated:  April 7, 2017            Respectfully submitted,

By:  */s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone:  (310) 507-7924
Fax:  (310) 507-7906

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12540 Beatrice Street, Suite 200, Los Angeles, California 90066. The foregoing document was served via ECF on all parties and their attorneys of record in case number 3:17-cv-00102-VC entitled NIKKI BELL V. DEPARTMENT STORES NATIONAL BANK, ET AL.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on Friday, April 07, 2017.

*/s/ Neil Ortlani*
Neil Ortlani