# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKI BELL, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEPARTMENT STORES NATIONAL BANK, a South Dakota Entity; FDS BANK, an Ohio Corporation; MACY's INCORPORATED, an Ohio Corporation; and DOES 1 through 50, inclusive, and each of them,<br><br>        Defendants. | Case No.: 3:17-cv-00102-VC<br><br>**CLASS ACTION**<br><br>[~~Proposed~~] **ORDER**<br><br>**[Fed. R. Civ. Proc., Rule 41(a)(1)(A)(i)]**<br><br>Assigned to Hon. Vince Chhabria<br><br>Complaint filed January 9, 2017 |

[PROPOSED] ORDER
-1-

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  The Court, having reviewed Plaintiff NIKKI BELL's ("Plaintiff" or "Bell") Request for Dismissal with Prejudice of Her Individual Claims Only, along with the corresponding Declaration of John P. Kristensen submitted in support thereof, hereby GRANTS Plaintiff's Request for Dismissal.

IT IS ORDERED as follows:

Plaintiff Bell's individual claims are hereby dismissed with prejudice, while the claims of the putative Class members are dismissed without prejudice. Because the dismissal of Plaintiff's individual claims will not affect the interests of the Putative Class members, it is FURTHER ORDERED that notice of this dismissal need not be provided to the Putative Class members.

**IT IS SO ORDERED.**

Dated: April __19__, 2017

_____
Hon. Vince Chhabria
Judge of the United States District Court